UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


CHARLOTTE FERGUSON,           )
             )
        Plaintiff,         )
             )
v.                 )     NO. 3:05-0795
             )     Judge Campbell
JOHN W. SNOW, in his official capacity   )     Magistrate Judge Griffin
as Secretary of the Treasury,      )
             )
        Defendant.       )


ORDER

Pending before the Court is a Motion to Dismiss or Alternatively for Summary Judgment

filed by Defendant (Docket No. 8), to which no opposition has been filed.  For the reasons set forth

in the accompanying Memorandum, Defendant's Motion (Docket No. 8) is  GRANTED.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE